992 A.2d 122

**Miguel ALICEA, Appellant**

**v.**

**DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

April 28, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of April, 2010, the May 12, 2009 Order of the Commonwealth Court granting judgment on the pleadings in favor of the Department of Corrections is **AF-FIRMED.**